## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                    CASE NO. 8:93-CR-196-T-17-EAJ

LUCAS LOPEZ

_____/

### ORDER

    This cause comes before the Court on the defendant's motion to reduce or modify imposed term of imprisonment (Docket No. 410) and response thereto (Docket No. 416). The Court finds the response of the government persuasive and incorporates the response herein. Accordingly, it is.

    **ORDERED** that defendant's motion to reduce or modify imposed term of imprisonment (Docket No. 410) be **denied**.

    **DONE AND ORDERED** in Chambers in Tampa, Florida this 27th day of December, 2007.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record