# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                           CASE NO. 8:93-CR-196-T-17

LUCAS LOPEZ

_____/

## ORDER FINDING EXCUSABLE NEGLECT

     This cause is before the Court on remand from the appellate court.  This Court denied Defendant's motion for reduction of sentence on December 27, 2007.  The notice of appeal was dated January 15, 2008, and filed January 18, 2008.  Pursuant to Rule 4(b), App. R., a defendant has ten (10) days from the entry of an order to file a notice of appeal.  However, upon a showing of excusable neglect, the Court may extend the time for filing a notice of appeal for no more than thirty (30) days from the expiration of the time proscribed above.  The appellate court remands for this Court to make a determination on the issue of excusable neglect or good cause.   Upon receipt of a statement of excusable neglect, which is not opposed (Dodket No. 439).  It is,

     **ORDERED** that the Court finds **excuable neglect** in regard to the filing of this appeal and finds the appeal should proceed.

     **DONE and ORDERED** in Chambers, in Tampa, Florida, this 23rd day of April, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All
parties and counsel of record